Mod AO 442 (09/13) Arrest Warrant    AUSA Name & Telno:  Micah F. Fergenson, 212-637-2190

# UNITED STATES DISTRICT COURT
for the
## Southern District of New York

| | |
|---|---|
| United States of America<br>v.<br>ALVIN FERNANDEZ,<br>a/k/a "Al.P,"<br><br>_Defendant_ | )<br>)  **21 CRIM 412**<br>)  Case No.<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay _(name of person to be arrested)_   ALVIN FERNANDEZ,  a/k/a "Al.P," ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Violations of 21 U.S.C. § 846 (conspiracy to commit narcotics trafficking); 18 U.S.C. §§ 924(c)(1)(A)(i) and 2 (firearms possession during a drug trafficking crime).

Date:  ~~04/06/2021~~  June 17, 2021 /OTW

_Issuing officer's signature_

City and state:   New York, New York

Hon. Ona T. Wang, USMJ
_Printed name and title_

---

**Return**

This warrant was received on _(date)_ _____ , and the person was arrested on _(date)_ _____
at _(city and state)_ _____

Date:  _____

_Arresting officer's signature_

_Printed name and title_