# UNITED STATES DISTRICT COURT
for the

District of Oregon

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 3:21-mj-00146 |
| ALVIN FERNANDEZ, | ) | |
| a/k/a "Al.P" | ) | Charging District's Case No. 1:21-cr-00412-JSR |
| *Defendant* | ) | |

## WAIVER OF RULE 5 & 5.1 HEARINGS
### (Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)*   Southern District of New York

I have been informed of the charges and of my rights to:

(1)     retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)     an identity hearing to determine whether I am the person named in the charges;

(3)     production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4)     a preliminary hearing to determine whether there is probable cause to believe that an offense has been committed, to be held within 14 days of my first appearance if I am in custody and 21 days otherwise, unless I have been indicted beforehand.

(5)     a hearing on any motion by the government for detention;

(6)     request a transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

❑     an identity hearing and production of the warrant.

❑     a preliminary hearing.

❑     a detention hearing.

☒     an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district. I request that any preliminary or detention hearing be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 7/28/2021

ALVIN FERNANDEZ (signed at request, by counsel in lock up 7/28/21)
*Defendant's signature*

*Signature of defendant's attorney*

ALISON M. CLARK
*Printed name of defendant's attorney*